1  JANET A. SHAPIRO, ESQ. (State Bar No. 126974)
   shapirofirm@aol.com
2  THE SHAPIRO LAW FIRM
   212 S. Gale Drive
3  Beverly Hills, California 90211
   Telephone:  (323) 852-0333
4  Facsimile:   (323) 852-0336

5  RONALD M. GREENBERG, ESQ. (State Bar No. 035953)
   rgreenberg@bcrslaw.com
6  RONALD M. GREENBERG,
   A PROFESSIONAL CORPORATION
7
   PETER J. MARCUS, ESQ. (State Bar No. 202602)
8  pmarcus@bcrslaw.com
   BERKES CRANE ROBINSON & SEAL LLP
9  515 South Figueroa Street, Suite 1500
   Los Angeles, California 90071
10 Telephone: (213) 955-1150
   Facsimile:  (213) 955-1155
11
   Attorneys for Movants/Appellants
12 MICHAEL ACKERMAN
   AND FLOYD KURILOFF

**CV10 7222 GW**

14            UNITED STATES BANKRUPTCY COURT
15            CENTRAL DISTRICT OF CALIFORNIA
16                  LOS ANGELES DIVISION

| 17 | In re | Case No.: 2:09-bk-25103-BR |
|---|---|---|
| 18 | JOSE EBER, | Chapter 7 |
| 19 | Debtor. | |
| 20 | | **STATEMENT OF ELECTION TO TRANSFER, TO THE DISTRICT COURT, APPEAL FROM ORDERS DENYING MOTION FOR RELIEF FROM STAY AND MOTION TO VACATE ORDER** |
| 25 | | Judge: Honorable Barry Russell |

STATEMENT OF ELECTION TO TRANSFER, TO THE DISTRICT COURT, APPEAL FROM
ORDERS DENYING MOTION FOR RELIEF FROM STAY AND MOTION TO VACATE
ORDER

Pursuant to Rule 2.1.2.1 (8001-2.1.2.1) of the United States District Court for the Central District of California's Local Rules Governing Bankruptcy Appeals, Cases and Proceedings, movants/appellants Michael Ackerman and Floyd Kuriloff hereby elect to proceed in the United States District Court for the Central District of California in connection with their appeal from the Bankruptcy Court's Order Denying Motion for Relief from the Automatic Stay Under 11 U.S.C. § 362 (Dkt. No. 67) and Order Denying Motion To Vacate Order (Dkt. No. 78).

DATED: July 13, 2010                Respectfully submitted,

RONALD M. GREENBERG,
   A PROFESSIONAL CORPORATION

BERKES CRANE ROBINSON & SEAL LLP

-and-

THE SHAPIRO LAW FIRM


By:  /s/Janet A. Shapiro
     Janet A. Shapiro
Attorneys for Movants/Appellants
MICHAEL ACKERMAN
AND FLOYD KURILOFF

| In re Jose Eber | | CHAPTER 7 |
|---|---|---|
| | Debtor(s). | CASE NUMBER 09-25103-BR |

OTE: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
212 S. Gale Dr. Beverly Hills, CA 90211.

A true and correct copy of the foregoing document described **STATEMENT OF ELECTION TO TRANSFER, TO THE DISTRICT COURT, APPEAL FROM ORDERS DENYING MOTION FOR RELIEF FROM STAY AND MOTION TO VACATE ORDER** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On July 13, 2010 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On July 13, 2010 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| July 13, 2010 | Janet A. Shapiro | /s/ Janet A. Shapiro |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                      F 9013-3.1

| In re Jose Eber | | CHAPTER 7 |
|---|---|---|
| | Debtor(s). | CASE NUMBER 09-25103-BR |

### I. TO BE SERVED VIA NEF:

Jeffrey S. Shinbrot on behalf of Debtor Jose Eber
shinbrot@earthlink.net

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

Carolyn A. Dye, Chapter 7 Trustee
trustee@cadye.com, cdye@ecf.epiqsystems.com

### II. TO BE SERVED VIA MAIL:

The Hon. Barry Russell
U.S. Bankruptcy Court
Roybal Federal Building
255 E. Temple Street, Suite 1660
Los Angeles, CA 90012-3332

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 9013-3.1