RONALD M. GREENBERG, ESQ. (State Bar No. 035953)
rgreenberg@dykema.com
RONALD M. GREENBERG,
  A PROFESSIONAL CORPORATION

DYKEMA GOSSETT LLP
333 South Grand Avenue, Suite 2100
Los Angeles, California  90071
Telephone:   (213) 457-1800
Facsimile:    (213) 457-1850

Attorneys for APPELLANTS
MICHAEL ACKERMAN AND FLOYD KURILOFF

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| IN RE: | Case No. CV10-7222 GW |
| JOSE EBER | *Hon. George H. Wu* |
| DEBTOR | |
| MICHAEL ACKERMAN AND FLOYD KURILOFF | Bankruptcy Court Case No. |
|  | 2:09-bk-25103 BR |
| APPELLANTS | Adversary Case No. |
| v. | N/A |
| JOSE EBER | |
| APPELLEE | **NOTICE OF APPEAL** |

NOTICE OF APPEAL

1  Notice is hereby given that MICHAEL ACKERMAN and FLOYD
2  KURILOFF, Appellants in the above named case, hereby appeal to the United States
3  Court of Appeals for the Ninth Circuit from the District Court's Order entered on
4  February 1, 2011 which affirmed the Order of the Bankruptcy Court denying
5  Appellants' Motion to Vacate Order.

DATED: March 3, 2011

RONALD M. GREENBERG,
   A PROFESSIONAL CORPORATION

- and –

DYKEMA GOSSETT LLP

By: /s/ Ronald M. Greenberg
   RONALD M. GREENBERG
   Attorneys for Appellants
   MICHAEL ACKERMAN AND
   FLOYD KURILOFF

PAS01\188052.1
ID\RMG - 107158/0001

**DYKEMA GOSSETT LLP**
333 SOUTH GRAND AVENUE
SUITE 2100
LOS ANGELES, CALIFORNIA 90071

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 333 South Grand Avenue, #2100, Los Angeles, California 90071.

On March 2, 2011, I served the foregoing documents described as **NOTICE OF APPEAL** on all interested parties in this action as follows:

US Trustee
United States Trustee (LA)
725 S. Figueroa Street, 26th Floor
Los Angeles, CA 90017

☒ **(BY MAIL)** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal Service on the same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing on affidavit.

☒ (Federal) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on March 2, 2011, at Los Angeles, California.

_Lynn Spencer_
LYNN SPENCER

PAS01\161952.1
ID\RMG - 107158/0001